IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY M. KNIGHT,
    Plaintiff,

vs.                                    Case No. 5:10cv78/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

       This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (Doc. 1). Pending is Defendant's Motion to Reverse and Remand pursuant to sentence four of Title 42 U.S.C. § 405(g) (Doc. 25). Defendant has certified that Plaintiff has no objection to this motion.

       Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In the instant case, the Commissioner states that remand is appropriate to enable the administrative law judge ("ALJ") "to obtain medical expert testimony from a mental health expert and consider whether Plaintiff's valid projected performance and full scale IQs meet or equal the criteria of listing 12.05C of the Commissioner's listing of impairments at 20 C.F.R. Part 404, Subpart P, Appendix 1, when considered in conjunction with Plaintiff's 'severe' impairments. If the sequential evaluation process proceeds beyond step three, the ALJ will be directed to reassess Plaintiff's residual functional capacity to account for his blindness in his left eye, and to obtain supplemental vocational expert testimony, if indicated." (Doc. 25-1 at 1–2). Also, the Commissioner notes that Plaintiff's subsequent application for benefits, filed in November 2009, will be

consolidated with this case (*id.* at 2).

Based on the foregoing, this court concludes that good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's Motion to Reverse and Remand (Doc. 25) be **GRANTED** and the Commissioner's decision denying benefits be **REVERSED**.

2. That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Report and Recommendation.

3. That the clerk be directed to enter final judgment in Plaintiff's favor accordingly.

At Pensacola, Florida, this <u>30th</u> day of December 2010.

<i>s/ Elizabeth M. Timothy</i><br>
**ELIZABETH M. TIMOTHY**<br>
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**