**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TERRY M. KNIGHT,

    Plaintiff,

vs.                                           CASE NO. 5:10cv78/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 32). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition For Attorney's Fees (Doc. 29) is **granted**.

3. Pursuant to 28 U.S.C. §2412 (EAJA), Plaintiff is entitled to recover attorney's fees in the amount of $4,972.50 for time expended by Plaintiff's counsel in representing Plaintiff before the United States District Court for the Northern District of Florida. The amount of attorney's fees and hourly rates requested under the EAJA are reasonable, and the Commissioner is directed to pay Plaintiff that amount.

**ORDERED** on February 18, 2011.


                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**